UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-04601 SJO | Date | June 30, 2016 |
|---|---|---|---|
| Title | Margarito Nunez, Petitioner, v. United States of America, Respondent. Criminal case number CR 04-01501 SJO | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | not present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

not present  not present

**Proceedings:**   IN CHAMBERS

**The parties are advised that all future pleadings shall conform to the case caption above.** The Court sets the following briefing schedule re Petitioner's Motion pursuant to 28 U.S.C. § 2241 and/or 2255, filed on 06-24-2016:

Opposition due:   July 29, 2016;
Reply due:            August 30, 2016;

The Court finds the motion suitable for disposition without oral argument, no oral argument hearing will be set. The matter will stand submitted.

                                                                                               :   00

                                                            Initials of Preparer        vpc