```
 1  EILEEN DECKER
    Acting United States Attorney
 2  LAWRENCE MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. MARK CHILDS (Cal. Bar No. 162684)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2433
 7       Facsimile: (213) 894-0142
         E-mail:    Mark.Childs@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-4601-SJO |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
| v. | |
| MARGARITO NUNEZ, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to an Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | J. Mark Childs | Mark.childs@usdoj.gov |

//

//

//

1   Please make all necessary changes to the court's Case
2 Management/ Electronic Case Filing system to ensure that the newly
3 assigned AUSA is associated with this case and receives all e-mails
4 relating to filings in this case.

6 Dated: 07/22/2016                    Respectfully submitted,

7                                      EILEEN DECKER
                                       United States Attorney

9                                      LAWRENCE MIDDLETON
                                       Assistant United States Attorney
                                       Chief, Criminal Division

11                                           /s/
                                       _____
                                       J. MARK CHILDS
12                                     Assistant United States Attorney

13                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA