1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   J. MARK CHILDS (Cal. Bar No. 162684)
4  Assistant United States Attorney
   OCDETF Section
5  1400 United States Courthouse
   312 North Spring Street
6  Los Angeles, California 90012
   Telephone:    (213) 894-2433
7  Facsimile:    (213) 894-0142
   E-mail:  mark.childs@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

FILED
CLERK, U.S. DISTRICT COURT
August 4, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-4601-SJO |
| Plaintiff, | No. CR 04-1501-SJO |
| v. | ORDER |
| MARGARITO NUNEZ, | |
| Defendant. | |

For the good cause shown in the government's Ex-Parte Application to Stay the Briefing Schedule for Defendant Margarito Nunez's Motion For Relief Pursuant To 28 U.S.C. § 2255, which the Court adopts herein, IT IS HEREBY ORDERED THAT:

The government's Application is GRANTED.  Accordingly, the briefing schedule previously order by this Court in regards to defendant Margarito Nunez's ("defendant's") § 2255 Motion is vacated.

1

1  The Court will issue a new briefing schedule for defendant's
2  § 2255 Motion, when and if the Ninth Circuit grants defendant's
3  application for leave to file a second or successive § 2255
4  petition.  <u>See</u> defendant's application for leave to file a second or
5  successive § 2255 petition, United States Court of Appeals for the
6  Ninth Circuit, Docket No. 16-72156, Entry No. 1, filed on June 27,
7  2016.
8
9  The Court orders this matter stayed pending determination from
10 the Court of Appeals.  The Court orders the government to file a
11 status report on December 5, 2016 and every ninety days thereafter,
12 or within seven (7) days of a ruling.

Dated: _August 4, 2016.

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

_____
J. MARK CHILDS
Assistant United States Attorney

2